THE STATE OF OHIO, APPELLANT, *v.* WITWER, APPELLEE.

[Cite as *State v. Witwer* (1992), 64 Ohio St.3d 1205.]

(No. 91–1052—Submitted February 11, 1992—Decided
June 17, 1992—Rehearing granted June 22, 1992.)

*Robert L. Becker,* Prosecuting Attorney, and *Kenneth W. Oswalt,* for appellant.

*John W. Witwer, pro se.*

The previous opinion in the above-captioned matter, 64 Ohio St.3d 60, 591 N.E.2d 1228, is hereby withdrawn and further consideration of the cause by this court is being taken *sua sponte* based upon the briefs and documents previously submitted.

MOYER, C.J., SWEENEY, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

HOLMES, J., concurs separately.

HOLMES, J., concurring. I concur in the determination of the majority to withdraw the opinion previously voted off the calendar, but do so on the basis of my prior dissent to such majority opinion. I would withdraw the prior opinion and redraft such, affirming the court of appeals as set forth and discussed within my dissent.

IN RE RESIGNATION OF MILLER.

[Cite as *In re Resignation of Miller* (1992), 64 Ohio St.3d 1205.]

(No. 92–1082—Submitted June 17, 1992—Decided June 24, 1992.)

The resignation of Otto Miller III as an attorney, Registration No. 0003636, is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.